```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO: 10-22083-CIV-TORRES

                             CONSENT CASE
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

236 CARTONS EACH CONTAINING
ONE OBSIDIAN MONITOR,

       Defendants.
_____/

<u>FINAL JUDGMENT OF FORFEITURE AND ORDER CLOSING CASE</u>

     This matter is before the Court upon the plaintiff United States' motion, pursuant to Rule 58(d), Fed.R.Civ.P., to enter a final judgment of forfeiture forfeiting to the United States the defendants 236 cartons each containing one Obsidian monitor with remote control and the Customs cost bond. The Court, having reviewed the file and the pleadings in this matter, makes the following findings:

     1.   The United States and claimant Obsidian Electronics Corp., have entered into a settlement agreement which has been filed of record.

     2.   Publication has been duly made in this matter.

     3.   No other claims have been filed of record.

Based on the above findings, for good cause shown, and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED:**

1. The United States' motion is granted.

2. Final judgment of forfeiture is hereby entered in favor of the United States forfeiting the defendants 236 cartons each containing one Obsidian monitor with remote control and the five thousand dollars ($5,000.00) Customs cost bond to the United States.

3. Customs and Border Protection is hereby directed to dispose of the property and the Customs cost bond in paragraph 2 according to law.

4. The Court shall retain jurisdiction over this cause to enforce the terms of the settlement agreement.

5. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __8th__ day of April, 2011.

   /s/  Edwin G. Torres   
EDWIN G. TORRES  
UNITED STATES MAGISTRATE JUDGE

cc:  Antonia J. Barnes, AUSA  
     Neil Mooney, Esq.